852

No. 1153. JONES v. RAGEN, WARDEN. April 7, 1947. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 733. INTERSTATE NATURAL GAS Co., INC. v. FEDERAL POWER COMMISSION ET AL. February 10, 1947. The petition for rehearing is granted. The order entered January 6, 1947, denying certiorari, 329 U. S. 802, is vacated and the petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is granted limited to Questions (1), (2), and (3) presented by the petition for the writ. *William A. Dougherty, Henry P. Dart, Jr.* and *James Lawrence White* for petitioner. *Mac Q. Williamson,* Attorney General of Oklahoma, filed a brief for that State, as *amicus curiae,* and *Donald C. McCreery, Wesley E. Disney, Charles I. Francis, Russell B. Brown, L. Dan Jones, Forrest M. Darrough, Hiram M. Dow, Wallace Hawkins, L. G. Owen* and *William Henry Rector* filed a brief for the Independent Natural Gas Assn. et al., as *amici curiae,* in support of the petition.

No. 346. SILESIAN AMERICAN CORP. ET AL. v. MARKHAM, ALIEN PROPERTY CUSTODIAN. February 17, 1947. The petition for rehearing is granted. The order entered October 14, 1946, denying certiorari, 329 U. S. 730, is vacated and the petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is granted. Clark, Attorney General, Successor to the Alien Property Custodian, substituted as the party respondent. *George W. Whiteside, Leonard P. Moore* and *William Gilligan* for petitioners.